**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1541130** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8085 CENTURY BLVD**<br>**Chaska, MN 55318** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Carver** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **https://www.heartlandamerica.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **IMPORT SPECIALTIES INCORPORATED D/B/A**
**HEARTLAND AMERICA**    Case number (*if known*)
_____
Name

---

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4232__

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor  IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **IMPORT SPECIALTIES INCORPORATED D/B/A
HEARTLAND AMERICA**                    Case number (*if known*) _____
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2019**
MM / DD / YYYY

**X** **/s/ MARK R. PLATT**                    **MARK R. PLATT**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ JOHN D. LAMEY III**                    Date **August 22, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N
OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone    **651.209.3550**        Email address    **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5G ACQUISITIONS, LLC 9100 PURDU RD STE 400 Indianapolis, IN 46268** | | **UNSECURED** | | | | **$136,177.50** |
| **AMERICAN EXPRESS CA BOX 0001 Los Angeles, CA 90096-8000** | | **UNSECURED** | | | | **$105,592.82** |
| **ARANDELL CORPORATION N82 W13118 LEON RD Menomonee Falls, WI 53051-3328** | | **UNSECURED** | | | | **$628,204.77** |
| **GREAT STATES CORPORATION 830 WEBSTER ST Shelbyville, IN 46176** | | **UNSECURED** | | | | **$153,664.00** |
| **HYPER MICROSYSTEMS INC 1501 N MICHAEL DR Wood Dale, IL 60191** | | **JUDGMENT** | | | | **$88,837.63** |
| **INNOVATIVE TECHNOLOGY 1 CHANNEL DR Port Washington, NY 11050** | | **UNSECURED** | | | | **$125,060.00** |
| **JOBAR INTERNATIONAL, INC. 21022 FIGUEROA ST Carson, CA 90745** | | **UNSECURED** | | | | **$116,444.80** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **IMPORT SPECIALTIES INCORPORATED D/B/A**
**HEARTLAND AMERICA**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LSC COMMUNICATIONS US LLC 4101 WINFIELD RD Warrenville, IL 60555** | | **UNSECURED** | **Disputed** | | | **$1,397,197.00** |
| **LSC COMMUNICATIONS US LLC 7810 SOLUTION CENTER Chicago, IL 60677-7008** | | **UNSECURED** | | | | **$910,973.87** |
| **MASON CAMERA & ELECTRONICS BROOKLYN NAVY YARD BLDG 11 63 FLUSHING AVE UNIT 301 Brooklyn, NY 11205** | | **UNSECURED** | | | | **$97,080.00** |
| **MCADAMS GRAPHICS INC. 7200 SOUTH 1ST STREET Oak Creek, WI 53154** | | **UNSECURED** | | | | **$104,682.50** |
| **MEDICA CHOICE (PHP) NW 7958 PO BOX 1450 Minneapolis, MN 55485** | | **UNSECURED** | | | | **$88,305.20** |
| **MY PILLOW 343 EAST 82ND STE 102 Chaska, MN 55318** | | **UNSECURED** | | | | **$74,464.25** |
| **NEW BALANCE - DRYDOCK FOOTWARE 20 GUEST ST Brighton, MA 02135-2040** | | **UNSECURED** | | | | **$90,752.00** |
| **NEWGISTICS, INC. 7171 SOUTHWEST PKWY BLDG 300 STE 400 Austin, TX 78735** | | **UNSECURED** | | | | **$738,263.07** |
| **PDE TECHNOLOGY 11522 MARKON DR Garden Grove, CA 92841-1809** | | **UNSECURED** | | | | **$84,907.50** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **IMPORT SPECIALTIES INCORPORATED D/B/A**
**HEARTLAND AMERICA**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TELESHOP INC.** **111 GLEN STREET** **Glen Cove, NY 11542** | | **UNSECURED** | | | | **$169,464.56** |
| **TERRY ENTERPRISES, INC.** **2100 WOODALE DR STE 2131** **MOUNDSVIEW, MN 55112** | | **UNSECURED** | | | | **$75,289.00** |
| **UNIFIED PRECIOUS METALS INC** **9010 ETON AVE** **Canoga Park, CA 91304** | | **UNSECURED** | | | | **$88,797.10** |
| **UPS** **PO BOX 9187** **Dublin, OH 43017** | | **UNSECURED** | | | | **$393,560.10** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

5G ACQUISITIONS, LLC
9100 PURDU RD STE 400
INDIANAPOLIS IN 46268


A-MAZE-N PRODUCTS, INC.
1932 SHAWNEE RD
EAGAN MN 55122


ACCESS 2 COMMUNICATIONS, INC.
11 TECHNOLOGY WAY
STEUBENVILLE OH 43952-7079


ACCUBRITE, INC.
1865 HERNDON AVE SUUITE K-358
CLOVIS CA 93611


ACTION PRODUCTS
130 CAMPBELL RD
FAR HILLS NJ 07931


ADURO PRODUCTS
250 LIBERTY STREET
METUCHEN NJ 08840


AIR COMPRESSORS PLUS
550 FLYING CLOUD DR 1B
CHASKA MN 55318


AIRESPRING INC.
6060 SEPULVEDA BLVD SECOND FLOOR
VAN NUYS CA 91411


ALERUS RETIREMENT AND BENEFITS
7650 EDINBOROUGH WAY STE 645
EDINA MN 55435

ALEXANDER INSTITUTE
15124 VENTURA BLVD STE 206
SHERMAN OAKS CA 91403-5363


ALL SAFE
26443 FALLBROOK AVE
WYOMING MN 55092


ALLSTAR MARKETING GROUP
2 SKYLINE DRIVE
HAWTHORNE NY 10532


AMERICA'S REMANUFACTURING CO
1840 GORDON HIGHWAY
AUGUSTA GA 30904


AMERICAN EXPRESS CA
BOX 0001
LOS ANGELES CA 90096-8000


AMKO INTERNATIONAL INC.
911 N HILLTOP DRIVE
ITASCA IL 60143


AMOR IMPORTS
24648 4TH STREET
MURRIETA CA 92562


AOB TECHNOLOGY GROUP INC.
1820 E LOCUST STREET
ONTARIO CA 91761


APPLE TREE INTERNATIONAL CORP.
10700 BUSINESS DR SUITE 200
FONTANA CA 92337

ARAMARK REFRESHMENT SERVICES
6667 OLD SHAKOPEE RD STE 103
SHAKOPEE MN 55438


ARANDELL CORPORATION
N82 W13118 LEON RD
MENOMONEE FALLS WI 53051-3328


ARBRIM ENTERPRISES, INC.
39440 59TH STREET
WOODSIDE NY 11377


ASHLEY ENTERTAINMENT CORP
7 SUNSET WAY SUITE 140
HENDERSON NV 89014


ASK LLP
JOSEPH L STEINFELD JR
2600 EAGAN WOODS DR STE 400
SAINT PAUL MN 55121


ASPEN LEASING GROUP, INC.
2951 WEEKS AVE SE
MINNEAPOLIS MN 55414


ASPEN WASTE SYSTEMS INC
PO BOX 3050
DES MOINES IA 50316


ATOMS LABS LLC
2670 FIREWHEEL LANE
FLOWER MOUND TX 75028


AXESS PRODUCTS CORP
6639 VALJEAN AVE
VAN NUYS CA 91406-5817

AZPEN INNOVATIONS
MINGTEL INC.
4108 W SPRING CREEK PKWY STE E300
PLANO TX 75024


BAK BLADE LLC
19938 WILDFLOWER DR
FRANKFORT IL 60423


BAKERTOWNE CO INC.
136 CHERRY VALLEY AVE
WEST HEMPSTEAD NY 11552


BALTIC LINEN COMPANY INC.
1999 MARCUS AVE STE 220
PO BOX 5485
NEW HYDE PARK NY 11040-5485


BARE GROUND SOLUTIONS
2 STERLING ROAD
NORTH BILLERICA MA 01862


BARSKA OPTICS
855 TOWNE CENTER DR
POMONA CA 91767


BATTERY MARKETING ASSOCIATES
1316 W ADAMS STREET
JACKSONVILLE FL 32204


BAY CITY CARDS
2321 SOUTH ONEIDA
GREEN BAY WI 54304


BEAN INFORMATION TECHNOLOGY CO.
5648 SCHAEFER AVE
CHINO CA 91710

BEATRICE HOME FASHIONS & PET
295 FIFTH AVE STE 1607
NEW YORK NY 10016


BERMO LLC / SCOPE IMPORTS
12033 N US HIGHWAY 131
SCHOOLCRAFT MI 49087-8902


BEST BUYS DIRECT
1044 ROUTE 23 NORTH
WAYNE NJ 07470-6631


BIDDEFORD MILLS
13820 W BUSINESS CENTER DR
GREEN OAKS IL 60041


BLACKHAWK, INC.
2520 PILOT KNOB RD STE 300
MENDOTA HEIGHTS MN 55120


BORDAN SHOE COMPANY / HI-TEC
4335 E VALLEY BLVD
LOS ANGELES CA 90032-3632


BOYER & ASSOCIATES
3525 PLYMOUTH BLVD
PLYMOUTH MN 55447


BRENTWOOD APPLIANCE
3088 EAST 46TH STREET
VERNON CA 90058


BSA OPTICS
1700 NORTH 2ND STREET
ROGERS AR 72756

BUFFALO TOOLS
950 HOFF RD
O FALLON MO 63366


BURKS BAY / NUCOM LTD
5612 INTERNATIONAL PKWY
NEW HOPE MN 55428-3047


BUSINESS LOGIC
3-251 QUEEN ST STE 174
MISSISSAUGA ONTARIO
CANADA L5M1L7


BUY 4 LESS ELECTRONICS
1400 16TH ST STE 400
DENVER CO 80202


CAL-YORK LLC
9759 BLANTYRE DR
LAS ANGLES CA 90210


CARDINAL COMMERCE
8100 TYLER BLVD
MENTOR OH 44060


CCM
1825 NW 79TH AVE
MIAMI FL 33126


CELLULAR EMPIRE INC.
1407 BROADWAY STE 2010
NEW YORK NY 10018


CENTERPOINT ENERGY
BANKRUPTCY DEPARTMENT
PO BOX 59038
MINNEAPOLIS MN 55440-1297

CENTURY LINK
ATTN: BANKRUPTCY DEPT
118 S 19TH ST
OMAHA NE 68102


CHANEY INSTRUMENTS CO.
PO BOX 70
LAKE GENEVA WI 53147


CHINA AMERICA ELECTRONICS CORP
2148 POMONA BLVD
POMONA CA 91768


CHINOOK FOOTWEAR
6285 LAKEVIEW BLVD
LAKE OSWEGO OR 97035


CIS ASSOCIATES, LLC
1 EL CAPITAN CT
ALAMEDA CA 94501


CITY SPRINT
5555 W 78TH ST STE D
EDINA MN 55439


CLINICALLY FIT, INC.
1488 DEER PARK AVE STE 109
NORTH BABYLON NY 11703


CLOUSEOUT GROUP
113 FILLMORE STREET
BRISTOL PA 19007


CLUB ELECTRONICS
2957 EAST 46TH STREET
VERNON CA 90058

CODE 42 SOFTWARE INC.
1 MAIN STREET SE STE 400
MINNEAPOLIS MN 55414


COEUR TERRA LLP
C/O SUMMERHILL COMMERCIAL RE. LLC.
6495 CITY WEST PKWY
EDEN PRAIRIE MN 55344


COEUR TERRA LLP
7801 PARK DRIVE STE F
CHANHASSEN MN 55317


COMMONWEALTH HOME FASHIONS
39 MEYERS WAY
PO BOX 339
WILLSBORO NY 12996


COMPUTER LIQIDATIONS LTD
6011 CENTURY OAKS DRIVE STE 157
CHATTANOOGA TN 37416


COMSUMER SALES NETWORK INC.
6527 CECILIA CIRCLE
BLOOMINGTON MN 55439


CONTEMPORARY IMAGES INC
839 MEANDER DR
MEDINA MN 55340


COSMO BRANDS INC
21230 SW 246TH ST
HOMESTEAD FL 33031


CPR GLOBAL TECH
2711 CENTERVILL RD SUITE 4
WILMINGTON DE 19808

CRAIG ELECTRONICS
PO BOX 694650
MIAMI FL 33269-1650


CREATIVE OUTDOORS
25954 COMMERCENTRE DR
LAKE FOREST CA 92630


CREATIVE TECHNOLOGY INNOVATION
600 HARTLE ST UNIT C
SAYREVILLE NJ 08872


CREEKSIDE CREATIVE LLC
2406 ONION CREEK PARKWAY
AUSTIN TX 78747


CRYSTAL PROMOTIONS
3030 VERNON AVE
VERNON CA 90058


CSA (USA) CORP.
4330 E 26TH STREET
VERNON CA 90058


CUSTOM PERSONALIZATION SOLUTIONS, LLC
3349 N ELSTON AVE
CHICAGO IL 60618


CYCLE FORCE GROUP
2105 SE 5TH STREET
AMES IA 50010-6447


D LOPEZ CLEANING
1321 LAKE STREET
HOPKINS MN 55343

DAISY OUTDOOR PRODUCTS
400 WEST STRIBLING DR
ROGERS AR 72757


DAS COMPANIES, INC.
724 LAWN ROAD
PALMYRA PA 17078


DAY TO DAY IMPORTS
16325 S AVALON BLVD
GARDENA CA 90248


DEAN GAY ATTORNEY
1315 WALNUT STREEET 12TH FLOOR
PHILADELPHIA PA 19107


DGL TOYS
195 RAVITAN PKWY
EDISON NJ 08837


DIALECTIC DISTRIBUTION
12475 BLOOMFIELD AVE BLDG 8
FAIRFIELD NJ 07004


DOGTRA
22912 LOCKNESS AVE
TORRANCE CA 90501


DOK SOLUTIONS
1185 GOODEN CROSSING
LARGO FL 33780


DONY CORPORATION
1065 S VAIL AVE
MONTEBELLO CA 90640

E&A WORLDWIDE TRADERS
235 LITTLE EAST NECK ROAD BLDG D
WEST BABYLON NY 11704


E&E SHOE BROKERAGE
85 WALNUT ST
PO BOX 30
MONTICELLO KY 42633-0030


E&S INTERNATIONAL
7801 HAVENHURST AVE
VAN NUYS CA 91406


EAGLE EYE OPTICS
23945 CALABASAS RD STE 201
CALABASAS CA 91302


EASTLAND SHOE CORP
4 MEETINGHOUSE RD
FREEPORT ME 04032-1129


EAZY BRAND Z LLC
711 S CARSON ST STE 4
CARSON CITY NV 89701


EBAY INC. FKA SHOPPING.COM
PO BOX 849354
LOS ANGELES CA 90084-9354


EDB SALES & MARKETING
26 MALCOM PLACE
MAHWAH NJ 07430


EDCO ELECTRONICS
8484 ESPLANADE
MONTREAL QC
CANADA H2P2R7

EDM IMPORTS
239 NEW BRUNSWISK AVE
PERTH AMBOY NJ 08861


EMSON
230 5TH AVE SUITE 800
NEW YORK NY 10001


ERICK SHELDON
8085 CENTURY BLVD
CHASKA MN 55318


ESI CASES & ACCESSORIES
44 EAST 32ND ST
6TH FLOOR
NEW YORK NY 10016


ESSENTIAL SOURCE
625 W DEER VALLEY RD STE 10
PHOENIX AZ 85027


ETNA PRODUCTS
99 MADISON AVE 11TH FLOOR
NEW YORK NY 10016


EXTREME PRODUCTS GROUP
6635 W HAPPY VALLEY RD STE A-104, #213
GLENDALE AZ 85310-2609


FEDEX
PO BOX 94515
PALATINE IL 60094-4515


FEP HOLDING CO
PO BOX 535
PRINCETON JUNCTION NJ 08550

FERRINI USA
1810 SURVEYOR BLVD
CARROLLTON TX 75006-5108


FESCO
1 REWE ST
BROOKLYN NY 11211-1707


FIRST CHOICE COFFEE SERVICES
7237 UNIVERSITY AVE NE
FRIDLEY MN 55432


FIT TRENDS
950 3RD AVE 26TH FLOOR
NEW YORK NY 10022


FLAGS 4 AMERICA LLC
1512 FAYETTE STREET
EL CAJON CA 92020-1515


FNT
503 CHANCELLOR AVE
IRVINGTON NJ 07111


FREDRICKSON & BYRON P.A.
200 SOUTH SIXTH STREET STE 4000
PO BOX 1484
MINNEAPOLIS MN 55480


FUEL DOCTOR
23961 CRAFTSMAN RD SUITE LM
CALABASAS CA 91302-3329


FUEL HELMETS INC.
1510 BROOKFIELD AVE
GREEN BAY WI 54313

FUJI FILM NORTH AMERICA CORP
200 SUMMIT LAKE DR
VALHALLA NY 10595-1356


GAMO USA INC
1700 NORTH 2ND STREET
ROGERS AR 72756


GCM, INC
708 ROBERT ST S
SAINT PAUL MN 55107


GEMINI SOUND
280 RARITAN CENTER PKWY
EDISON NJ 08837


GENESCO/BASS FOOTWEAR
1415 MURFREESBORO PIKE
NASHVILLE TN 37217


GIRARD BUSINESS SOLUTIONS, INC.
11910 12TH AVE S
BURNSVILLE MN 55337


GLOBAL TV CONCEPTS, LTD
676 S MILITARY TRL
DEERFIELD BEACH FL 33442-3023


GLOBAL VISION EYEWEAR
5760 N HAWKEYE CT SW
GRAND RAPIDS MI 49509


GOLF CRUZER INC
1007 WEST COLLEGE AVE #293
SANTA ROSA CA 95401

GOLF GIFTS GALLERY
N 1675 POWERS LAKE ROAD
POWERS LAKE WI 53159


GOOD SPORTSMAN MARKETING, LLC
3385 ROY ORR BLVD
GRAND PRAIRIE TX 75050


GOOGLE INC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW CA 94043


GRAHAM FIELD
2935 NORTHEAST PKWY
ATLANTA GA 30360-2808


GRANIA PRODUCT
11010 AYRSHIRE CT
WOODSTOCK IL 60098


GREAT STATES CORPORATION
830 WEBSTER ST
SHELBYVILLE IN 46176


GREEN POWER AMERICA, LLC
840 W 9TH ST STE H
UPLAND CA 91786


GRUNDIG LEXTRONIX, INC. / ETON CORP.
1015 CORPORATION WAY
PALO ALTO CA 94303


HAL LEONARD CORP
7777 WEST BLUEMOUND RD
MILWAUKEE WI 53212

HAMILTON BEACH / PROCTOR-SILEX
4421 WATERFRONT DR
GLEN ALLEN VA 23060


HANDSHAKE DEALS
918 N BRADLEY DR
CHANDLER AZ 85226-1961


HARVEST TRADING GROUP
61 ACCORD PARK DR
NORWELL MA 02061


HAUSER LIST SERVICES, INC.
370 MARIE COURT
EAST MEADOW NY 11554


HDS TRADING CORP
1305 JERSEY AVE
NORTH BRUNSWICK NJ 08902-1621


HIGHER DIMENSION MATERIALS
570 HALE AVE
OAKDALE MN 55128


HIREKO TRADING CO, INC.
16185 STEPHENS ST
CITY OF INDUSTRY CA 91745


HMY JEWELRY
10 W 33RD ST RM 250
NEW YORK NY 10001


HOBSON SEATS
19424 WYANDOTTE ST STE 110
RESEDA CA 91335

HONEYWELL SAFETY PRODUCTS
101 STATION DR
WESTWOOD MA 02090


HOOVER COMPANY / MAYTAG
7005 COCHRAN ROAD
GLENWILLOW OH 44139


HOVLAND AND RASMUS PLLC
6800 FRANCE AVE S STE 190
EDINA MN 55435


HR SIMPLIFIED, INC.
5320 WEST 23RD STREET STE 350
MINNEAPOLIS MN 55416


HUEBSCH
2941 CENTER CT
EAGAN MN 55121


HYPER MICROSYSTEMS INC
1501 N MICHAEL DR
WOOD DALE IL 60191


INNOVA IMPORTS
1370 BROADWAY F1 5 SUITE 550
NEW YORK NY 10018


INNOVATIVE OFFICE SOLUTIONS LLC
151 EAST CLIFF RD
BURNSVILLE MN 55337


INNOVATIVE TECHNOLOGY
1 CHANNEL DR
PORT WASHINGTON NY 11050

INTER-GEDI TRADING
24 W RAILROAD AVE STE 114
TENAFLY NJ 07670


INTERNATIONAL LIQUIDATORS
2251 PICADILLY DR
BLDG C330
ROUND ROCK TX 78664


INTERSTATE POWERSYSTEMS
2501 AMERICAN BLVD E
PO BOX 1450
MINNEAPOLIS MN 55485


INVENTEL
2 KIEL AVE STE 312
KINNELON NJ 07405


INVENTIST
1821 NW 8TH AVE
CAMAS WA 98607


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


ISLAND SURF CO
342 CIRCUIT ST BOX 3
HANOVER MA 02339-2024


JACKERY INC
48521 WARM SPRINGS BLVD STE313
FREMONT CA 94539


JADMAN
1817 E 46TH ST
LOS ANGELES CA 90058

JAGUAR SOFTWARE
915 W MONROE
SULLIVAN IL 61951


JAMES GRANT
8085 CENTURY BLVD
CHASKA MN 55318


JEFFCO FIBRES INC.
12 PARK STREET
WEBSTER MA 01570


JEG & SONS
20000 NE 15TH CT
MIAMI FL 33179


JILCO, INC.
5500 LINCOLN DR STE 155
MINNEAPOLIS MN 55436-1668


JOBAR INTERNATIONAL, INC.
21022 FIGUEROA ST
CARSON CA 90745


JOHNSON CONTROLS
2605 FERNBROOK LANE NORTH
PLYMOUTH MN 55447


JOY SYSTEMS INC
101 COTTON TAIL LANE
SOMERSET NJ 08873


KAITO ELECTRONICS INC
HISONIC INTERNATIONAL
5185 CLIFFWOOD DR
MONTCLAIR CA 91763-6243

KARMAN INC.
DBA ROPER
14100 E 35TH PLACE STE 100
AURORA CO 80011-8965


KERRY MOELLER
8085 CENTURY BLVD
CHASKA MN 55318


KISS ELECTRONICS
230 W 125TH ST
NEW YORK NY 10027-4402


KLONE LAB, LLC
9 WATER STREET 3RD FLOOR
AMESBURY MA 01913


KOLPIN
205 N DEPOT ST
FOX LAKE WI 53933


LACROSSE TECHNOLOGY
2809 LOSEY BLVD S
LA CROSSE WI 54601


LANDMARK OUTDOORS
2201 HERITAGE PKWY
MANSFIELD TX 76063-5090


LANZAR CORP
1600 63RD ST
BROOKLYN NY 11204-2713


LEXISNEXIS
PO BOX 7247-6157
PHILADELPHIA PA 19170-6157

LICID AUDIO
14301 FAA BLVD STE105
FORT WORTH TX 76155


LIFEGEAR INC.
5200 ONTARIO MILLS PKWY STE 100
ONTARIO CA 91764


LINCOLN FINANCIAL GROUP
PREMIUM LOCK BOX
PO BOX 0821
CAROL STREAM IL 60132


LIONSTONE GROUP
7382 BANDIT DR
CASTLE ROCK CO 80108


LISTRAK
100 WEST MILLPORT RD
LITITZ PA 17543


LITE-AID
511 6TH AVE STE 149
NEW YORK NY 10011-8436


LIVING WELL PRODUCTS LLC
9622 W LINEBAUGH AVE
TAMPA FL 33626


LJ'S BUSINESS SERVICES
8647 ORCHARD GROVE LN
CAMBY IN 46113


LSC COMMUNICATIONS US LLC
4101 WINFIELD RD
WARRENVILLE IL 60555

LSC COMMUNICATIONS US LLC
7810 SOLUTION CENTER
CHICAGO IL 60677-7008


M&S ACCESSORY NETWORK
10 WEST 33RD ST STE 718
NEW YORK NY 10001


MAC WHOLESALE
140 LAUREL ST
EAST BRIDGEWATER MA 02333-1774


MADISON SPORTS
97-45 QUEENS BLVD
FOREST HILLS NY 11375


MAJESTIC INTERNATIONAL
5905 RUE KEIRAN
SAINT LAURENT QC
CANADA H4SOA3


MALFINANCE
25881 NETWORK PLACE
CHICAGO IL 60673-1258


MARCO TECHNOLOGIES, LLC
NW 7128 PO BOX 1450
MINNEAPOLIS MN 55485


MASON CAMERA & ELECTRONICS
BROOKLYN NAVY YARD BLDG 11
63 FLUSHING AVE UNIT 301
BROOKLYN NY 11205


MAX SALES GROUP
2008 CAMFIELD AVE
COMMERCE CA 90040-1502

MCADAMS GRAPHICS INC.
7200 SOUTH 1ST STREET
OAK CREEK WI 53154


MEDICA CHOICE (PHP)
NW 7958 PO BOX 1450
MINNEAPOLIS MN 55485


MEDICO SYSTEMS
900 BECKER AVE SE
WILLMAR MN 56201-3646


MEGAN GRAFFUNDER
8085 CENTURY BLVD
CHASKA MN 55318


METROPOLITAN MFG INC.
450 MURRAY HILL PKWY BLDG C2
EAST RUTHERFORD NJ 07073-2145


METTLER TOLEDO INC
22670 NETWORK PLACE
CHICAGO IL 60673


MICHLEY ELECTRONICS, INC
2433 DE LA CRUZ BLVD
SANTA CLARA CA 95050


MICRO WORLD
414 ALASKA AVE
TORRANCE CA 90503


MICROSEL, INC
6365 CARLSON DR
EDEN PRAIRIE MN 55346

```
MICROSOFT - EMAIL PROGRAM
PO BOX 847124
DALLAS TX 75284-7124


MIDLAND CONSUMER RADIO
5900 PARRETTA DR
KANSAS CITY MO 64120


MIDWEST TRADING GROUP
1400 CENTRE CIRCLE
DOWNERS GROVE IL 60515


MINNESOTA DEED HEADQUARTERS
ATTN: UNEMPLOYMENT DEPT
332 MINNESOTA ST STE E200
SAINT PAUL MN 55101


MINNESOTA DEPT OF REV
BUSINESS BANKRUPTCIES
MAIL STATION 5130
SAINT PAUL MN 55146-5130


MINNESOTA VALLEY ELECTRIC COOP
PO BOX 77024
MINNEAPOLIS MN 55480


MIRA ENTERPRICES, INC.
1349 SOUTH BROADWAY
LOS ANGELES CA 90015


MIZARI ENTERPRISES
5455 WILSHIRE BLVD STE 1410
LOS ANGELES CA 90036


MSPA USA
100 CEDARHURST AVE STE 203
CEDARHURST NY 11516
```

MSR IMPORTS
6920 CENTRAL HWY
PENNSAUKEN NJ 08109

MY PILLOW
343 EAST 82ND STE 102
CHASKA MN 55318

NATI LLC
78 COMMERCIAL RD
HUNTINGTON IN 46750-8805

NATIONAL DIST WAREHOUSE
1850 UTICA AVE
BROOKLYN NY 11234

NATIONAL MILL INDUSTRIES INC
22 JACKSON DR
CRANFORD NJ 07016-3609

NAXA ELECTRONICS
2320 E 49TH STREET
VERNON CA 90058-2916

NBC INVENTORY
10635 JOSEPH CLAYTON DR
AUSTIN TX 78753

NEOFUNDS BY NEOPOST
PO BOX 6813
CAROL STREAM IL 60197-6813

NEOPOST GREAT PLAINS
701 XENIA AVE S STE170
MINNEAPOLIS MN 55416-3595

NEOPOST USA INC
1335 VALWOOD PARKWAY STE111
CARROLLTON TX 75006


NEW BALANCE - DRYDOCK FOOTWARE
20 GUEST ST
BRIGHTON MA 02135-2040


NEWGISTICS, INC.
7171 SOUTHWEST PKWY BLDG 300 STE 400
AUSTIN TX 78735


NKOK, INC.
5354 IRWINDALE AVE UNIT A
IRWINDALE CA 91706


NORDON LLC
ONE CABOT BLVD E
LANGHORNE PA 19067


NORTHLAND FOOTWEAR
54 FREEMAN ST
NEWARK NJ 07105


NUBOMED INC
1400 CENTRE CIRCLE
DOWNERS GROVE IL 60515


ODYSSEY SHOES
20205 NE 23RD CT
MIAMI FL 33180-1814


OLD FRIEND FOOTWEAR
18812 LAKE DRIVE EAST
CHANHASSEN MN 55317

OLD WORLD INDUSTRIES
4065 COMMERCIAL AVE
NORTHBROOK IL 60062-1828


OLSEN FIRE PROTECTION, INC
PO BOX 6424
SAINT PAUL MN 55106


ONENET GLOBAL
7250 METRO BLVD STE200
EDINA MN 55439


OPTIMA HOME SCALES
1005 UNION CENTER DR STE B
ALPHARETTA GA 30004


OUTRAGEOUS INC.
17824 1ST AVE S STE 103
BURIEN WA 98148


PACIFIC GOLF CLUB INC
1229 COLUMBIA AVE STE C3
RIVERSIDE CA 92507


PACIFIC TEAZE INC.
8829 SHIRLEY AVE
NORTHRIDGE CA 91324


PACKAGING CORPORATION OF AMERICA
4300 HYW 55
GOLDEN VALLEY MN 55422


PACKSIZE LLC
6440 S WASATCH BLVD
SALT LAKE CITY UT 84121

PAR INTERNATIONAL
2160 MCGRAW RD STE A
COLUMBUS OH 43207


PARADIGM HEALTH & WELLNESS
1189 JELLICK AVE
CITY OF INDUSTRY CA 91748-1212


PARADISE PUBLISHERS INC.
2520 ST ROSE PKWY STE 319
HENDERSON NV 89074


PARK & SUN SPORTS
2150 SOUTH TEJON ST
ENGLEWOOD CO 80010


PC MALL
1940 E MARIPOSA AVE
EL SEGUNDO CA 90245


PCV ANTENNA
460 W LARCH RD STE 18
TRACY CA 95304


PDE TECHNOLOGY
11522 MARKON DR
GARDEN GROVE CA 92841-1809


PIC CORPORATION
1101-1107 WEST ELIZABETH AVE
LINDEN NJ 07036


PILOT AUTOMOTIVE
768 TURNBULL CANYON RD
CITY OF INDUSTRY CA 91745-1401

PIONEER SECURESHRED
155 IRVING AVE N
MINNEAPOLIS MN 55405


PIPKINS INC.
14515 NORTH OUTER 40 DRIVE STE 130
CHESTERFIELD MO 63017


PITNEY BOWES
PO BOX 371896
PITTSBURGH PA 15250-7896


PITTMAN OUTDOORS
650 SOUTH JEFFERSON ST STE D
PLACENTIA CA 92870


PITTMAN OUTDOORS
15330 VALLEY VIEW AVE STE 2
LA MIRADA CA 90638-5238


POWERMAX BATTERY USA
1520 S GROVE AVE
ONTARIO CA 91761


POWERPLAY PARKETING
1330 MENDOTA HEIGHTS RD
MENDOTA HEIGHTS MN 55120


PROMIER PRODUCTS
350 FIFTH STREET STE 266
PERU IL 61354


PROOZY
980 DISCOVERY RD
EAGAN MN 55121

PROPPER INTERNATIONAL
17 RESEARCH PARK DR STE 100
SAINT CHARLES MO 63304


PROSPERA
448 COMMERCE WAY
LIVERMORE CA 94551


PS PRODUCTS INC
3120 JOSHUA STREET
LITTLE ROCK AR 72204


PULSAR PRODUCTS INC
5721 SANTA ANA AVE
ONTARIO CA 91761


QUALIMAX MARKETING INC.
10501 VALLEY BLVD STE 1850
EL MONTE CA 91731


QUEENSTON MANAGEMENT INC
572 SOUTH 5TH ST
PEMBINA ND 58271


R.G. RILEY
17700 DUVAN DR
TINLEY PARK IL 60477


RDI MARKETING SERVICES, INC.
4350 GLENDALE-MILFORD RD STE 250
CINCINNATI OH 45242


RDK PRODUCTS
4555 ATWATER CT STE F
BUFORD GA 30518

READY MARKETING
825 NICOLLET MALL
MINNEAPOLIS MN 55402

REDPATH AND COMPANY
4810 WHITE BEAR PKWY
WHITE BEAR LAKE MN 55110-0678

ROBERT B. SLOANE
7017 JADE ST
BOZEMAN MT 59715

ROBOCUT
3608 JAGUAR PL
PO BOX 270130
FORT COLLINS CO 80527

ROCKY MOUNTAIN RADAR
6469 DONIPHAN DR
EL PASO TX 79932

ROYAL APPLIANCE MFG CO
7005 COCHRAN RD
GLENWILLOW OH 44139-4303

ROYAL SOVEREIGN
2 VOLVO DR
NORTHVALE NJ 07647

RR DONNELLEY DLS WORLDWIDE
1000 WINDHAM PKWY
BOLINGBROOK IL 60490

RTA PRODUCTS
2500 SW 32ND AVE
PEMBROKE PARK FL 33023

S&K MFG
1001 LIBERTY INDUSTRIAL DR
O FALLON MO 63366


S&K PALLET JACK REPAIR & SALES LLC
13807 375TH ST
NORTH BRANCH MN 55056


SAKAR INTERNATIONAL INC
195 CARTER DR
EDISON NJ 08817


SAM SALEM & SONS
302 5TH AVE 4TH FLOOR
NEW YORK NY 10001


SAMSON ELECTRONICS
3400 E SLAUSON AVE
MAYWOOD CA 90270


SAMSONIC TRADING CO
160 W 28TH ST
NEW YORK NY 10001


SEATARMOUR
2530 N POWERLINE RD BLDG 404
POMPANO BEACH FL 33069


SEAWIDE DIST.
7137 24TH COURT EAST
SARASOTA FL 34243


SECURITY MAN INC
4601 E AIRPORT DR
ONTARIO CA 91761-7869

SEIKO WATCH OF AMERICA
1111 MACARTHUR BLVD
MAHWAH NJ 07430


SENCI ELECTRIC MACHINERY
10887 COMMERCE WAY #A
FONTANA CA 92337


SHAF INTERNATIONAL
90 DAYTON AVE BLDG 4A STE97
PASSAIC NJ 07055


SHIP ONE LLC
1400 W WABANSIA
CHICAGO IL 60622


SHIPPERS SUPPLY INC
401 11TH AVE STE 100
HOPKINS MN 55343-7804


SKYLINE USA
4180 ST JOHNS PKWY
SANFORD FL 32771


SMART SOLAR, INC.
406 WINGATE CIR
OLDSMAR FL 34677


SOCK SALES USA LLC
901B GODFREY AVE S
PO BOX 681672
FORT PAYNE AL 35967


SONDPEX CORP OF AMERICA LLC
4185 ROUTE 27
PRINCETON NJ 08540

SOUND AROUND INC.
1600 63RD ST
BROOKLYN NY 11204-2713


SOUTHWEST NEWSPAPER
PO BOX 8
SHAKOPEE MN 55379


SPECTRA INTERNATIONAL
4230 N NORMANDY AVE
CHICAGO IL 60634


SPEE-DEE DELIVERY SERVICE INC
BOX 1417
SAINT CLOUD MN 56302


STEINHAUSEN INC.
48 CAREY ST
LAKEWOOD NJ 08701


STIMULUS BRANDS LLC
708 ROBERT ST S
SAINT PAUL MN 55107


STORM CREEK
624 SPIRAL BLVD
HASTINGS MN 55033


SUN VALLEY TEK INTERNATIONAL
46724 LAKEVIEW DR
FREMONT CA 94538


SUNDAY'S SECONDS
320 DIETZ AVE
DEKALB IL 60115

SUNPENTOWN INTERNATIONAL INC
21415 BAKER PARKWAY
CITY OF INDUSTRY CA 91789


SUPERSONIC, INC.
6555 BANDINI BLVD
COMMERCE CA 90040


SWE, INC.
23182 ALCALDE DR STE D
LAGUNA HILLS CA 92653


TARGUS INFO CORP
C/O NEUSTAR INC
21575 RIDGETOP CIR
STERLING VA 20166


TC DIRECT
385 5TH AVE STE 809
NEW YORK NY 10016


TEAC AMERICA
7733 TELEGRAPH RD
MONTEBELLO CA 90640


TECHKO INC.
11 MARCONI ST STE A
IRVINE CA 92618


TECHNICAL PRO
9 KILMER CT
EDISON NJ 08817


TEENA IRONWORKS
THE BRADLEY FACTOR INC
PO BOX 698
CLEVELAND TN 37364

TELESHOP INC.
111 GLEN STREET
GLEN COVE NY 11542


TERRY ENTERPRISES, INC.
2100 WOODALE DR
STE 2131
MOUNDSVIEW MN 55112


THE GUARDIAN
PO BOX 677458
DALLAS TX 75267-7458


THE HOME DEPOT
PO BOX 790328
SAINT LOUIS MO 63179-0328


THE MATTHEW MINT
338 ST PAUL BLVD
CAROL STREAM IL 60188


THE NECK HAMMOCK INC
2633 LINCOLN BLVD STE313
SANTA MONICA CA 90405


THORNE ELECTRIC
PO BOX 18363
SAN ANTONIO TX 78218-0363


TITANIC SALES GROUP
4359 S HIGHLAND DR
HOLLADAY UT 84124


TON USA
16770 E JOHNSON DR
CITY OF INDUSTRY CA 91745-2417

TOP DAWG ELECTRONICS
8403 CROSS PARK DR STE 3G
AUSTIN TX 78754


TRAVELERS CLUB LUGGAGE
5911 FRESCA DR
LA PALMA CA 90623


TRUPPA CLOTHING
1407 BROADWAY STE 718
NEW YORK NY 10018


TYRONE ALLEN
4903 KNOW STREET
PHILADELPHIA PA 19144


U.S. JACLEAN, INC.
1816 W 135TH ST
GARDENA CA 90249-2520


UMAID PRODUCTS
44 OAK GLEN RD
MONSEY NY 10952


UNIFIED PRECIOUS METALS INC
9010 ETON AVE
CANOGA PARK CA 91304


UNITED NATIONAL CONSUMER SUPPLY
2404 E SUNRISE BLVD
FORT LAUDERDALE FL 33304


UPS
PO BOX 9187
DUBLIN OH 43017

US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415


US BANK
BANKRUPTCY/RECOVERY DEPARTMENT
PO BOX 5229
CINCINNATI OH 45201


VANCE LEATHER
3100 S RIDGEWOOD AVE
DAYTONA BEACH FL 32119


VERIDIAN HEALTHCARE
1175 LAKESIDE DR
GURNEE IL 60031


VIATEK CONSUMER PRODUCTS
6011 CENTURY OAKS DR
CHATTANOOGA TN 37416


VICTORY SPORTSWEAR INC.
2381 BUENA VISTA ST
IRWINDALE CA 91010


VID BOX INC
9111 JOLLYVILLE RD #285
AUSTIN TX 78759


VIVITECH SOLUTIONS
15392 COBALT ST
SYLMAR CA 91342


VOLAR FASHION LLC
8940 SORENSEN AVE STE 2
SANTA FE SPRINGS CA 90670

VOXX ACCESSORIES CORP
150 MARCUS BLVD
HAUPPAUGE NY 11788


WAGAN CORP
31088 SAN CLEMENTE ST
HAYWARD CA 94544


WAGNER SPRAY TECH
PO BOX 86
MINNEAPOLIS MN 55486


WALKING CRADLES
1000 BILTMORE DR
FENTON MO 63026


WARSON GROUP INC.
121 HUNTER AVE STE 204
SAINT LOUIS MO 63124


WAYZATA COUNTRY CLUB
200 WAYZATA BLVD
WAYZATA MN 55391


WELLS FARGO BANK NA
PO BOX 10438
DES MOINES IA 50306


WELLS FARGO EQUIPMENT FINANCE
PO BOX 7777
SAN FRANCISCO CA 94120-7777


WILTRONIC CORP
13939 CENTRAL AVE
CHINO CA 91710

WISE FOOD CO
3676 W CALIFORNIA AVE STE B106
SALT LAKE CITY UT 84104-6516


WORLD AND MAIN (CRANBURY), LLC.
324A HALF ACRE RD
CRANBURY NJ 08512-3254


XTREME TIME
20 WEST 33RD ST 6TH FLOOR
NEW YORK NY 10001


Z&S 26 ELECTRONICS INC.
967 E 11TH ST
LOS ANGELES CA 90021-2033


ZALMAN REISS
171 47TH ST
BROOKLYN NY 11232

# United States Bankruptcy Court
## District of Minnesota

In re   **IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA**               Case No. _____
                                          Debtor(s)                              Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 22, 2019**
_____
Date

**/s/ JOHN D. LAMEY III**
_____
**JOHN D. LAMEY III 0312009**
Signature of Attorney or Litigant
Counsel for   **IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND
                 AMERICA**
**LAMEY LAW FIRM, P.A.**
**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
**651.209.3550 Fax:651.789.2179**
**JLAMEY@LAMEYLAW.COM**