**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 19-42563 |
| IMPORT SPECIALTIES INCORPORATED D/B/A HEARTLAND AMERICA | Chapter 11 Case |
| Debtor | |

**NOTICE OF INTENTION TO SEEK EXPEDITED HEARINGS**

The debtor in the above-listed Chapter 11 case gives notice that it intends to seek an expedited hearing on the following matter:

*NOTICE OF HEARING AND MOTION FOR EXPEDITED RELIEF AND FOR AN ORDER AUTHORIZING USE OF CASH COLLATERAL ON A PRELIMINARY AND FINAL BASIS*

*NOTICE OF HEARING AND MOTION FOR AN EXPEDITED HEARING AND FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PRE-PETITION WAGES AND PAYROLL TAXES*

*NOTICE OF HEARING AND MOTION FOR AN EXPEDITED HEARING AND FOR AN ORDER AUTHORIZING DEBTOR IN POSSESSION (DIP) FINANCING*

Dated: August 22, 2019

/e/  John D. Lamey III
John D. Lamey III, Esq. (#312009)
Elaine D.W. Wise (#387871)
**LAMEY LAW FIRM, P.A.**
980 Inwood Avenue North
Oakdale, MN 55128
Telephone:  (651) 209-3550
Facsimile:  (651) 789-2179