**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Import Specialties, Incorporated d/b/a
Heartland America

Debtor.

Chapter 11

Case No. 19-42563

**APPLICATION FOR ORDER AUTHORIZING**
**EMPLOYMENT OF FINANCIAL PROFESSIONAL FOR DEBTOR**

Import Specialties, Incorporated d/b/a Heartland America (the "Debtor"), the debtor in the above-referenced case, hereby applies to this court for its order as follows:

1. The Debtor makes this application through Mark Platt, CEO of the Debtor. The Debtor filed for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on August 22, 2019 (the "Filing Date"), and the Debtor is currently serving as debtor-in-possession.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor wishes to employ TJS Group, Inc. and T. Jay Salem as financial professionals for the Debtor, for the purpose of assisting the Debtor with financial planning and consulting.

3. The services of said professionals are necessary to assist the Debtor with options to reorganize under chapter 11, or sell its assets under a 363 sale.

4. The Debtor has selected TJS Group, Inc. and T. Jay Salmen to act as its financial consultant because it is capable in handling matters of this nature. TJS Group, Inc. and T. Jay Salmen do not hold or represent an adverse interest in the Debtor and is a "disinterested

required by law. Said professionals have agreed to perform services on an hourly fee plus costs basis. Fees and costs shall be subject to court review and approval. Applicant requests that interim applications for payment of such compensation be allowed to be made to the bankruptcy court not more than once every 30 days, unless otherwise ordered by the Court. TJS Group, Inc. and T Jay Salmen will calculate its fees for professional services in accordance with customary rates for these services. Such rates are set forth in the accompanying affidavit of T Jay Salmen. Any hourly work performed by persons employed by TJS Group, Inc. will be recorded in increments of tenths of an hour, as required by local practice.

5. The Debtor therefore requests an order of this court authorizing employment of T Jay Salmen and TJS Group, Inc. as its financial professionals under the terms and conditions set forth herein.

                                                           Import Specialties, Incorporated d/b/a
Heartland America

Dated: August 23, 2019                    By: _____
                                                      Mark Platt, Its: CEO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Import Specialties, Incorporated d/b/a
Heartland America

Debtor.

Chapter 11

Case No. 19-42563

### DECLARATION OF T JAY SALMEN, FINANCIAL PROFESSIONAL

T Jay Salmen, states under penalty of perjury, the following:

1. I am the sole member of TJS Group, Inc. TJS Group, Inc. provides financial consulting services for individuals and businesses. I have a Bachelor of Arts degree in Business Administration and Economics from the University of St. Thomas in 1970. I have a Juris Doctorate degree from the University of Minnesota in 1973. My curriculum vitae is attached as **Exhibit A**. This affidavit is submitted in support of the application of American Heartland, Inc. (the "Debtor"), to retain TJS Group, Inc., as its professional to assist with financial reorganization and/or sale in the above-referenced bankruptcy case.

2. Neither the undersigned nor TJS Group, Inc., holds or represents any interest adverse to the interest of the Debtor in the above reorganization proceeding and, to the best of my knowledge, neither I nor TJS Group, Inc., have an adverse interest as to the Debtor. To the best of my knowledge, neither I nor TJS Group, Inc., have any connection with creditors of the Debtor, other parties in interest, nor their respective attorneys or accountants, nor the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

3. The undersigned and TJS Group, Inc. agree, by execution hereof, to act in the capacity of financial consultant to said Debtor in this proceeding, and for the purposes as outlined in the Debtor's application for employment of professional.

4. If the undersigned and TJS Group, Inc. are retained and engaged as a professional for

the Debtor in this reorganization proceeding, the compensation paid to them for professional services rendered and to be rendered in connection with the case will be calculated according to the hourly rates of persons employed by TJS Group, Inc., established from time to time, subject to court approval, as provided in the Bankruptcy Code. My current hourly rate is **$300.00 per hour**.

5. The undersigned and TJS Group, Inc., request that it be allowed to apply to the court on interim applications not more than once every 30 days for approval of such compensation, unless otherwise ordered by the court. The payment of any fees will be subject to court review and approval as set forth herein and as required by law.

6. Neither the undersigned nor TJS Group, Inc. have received from the Debtor any transfer, assignment, or pledge of property for fees or costs to be incurred in this proceeding as of the date of this affidavit. The undersigned understands he will not be paid until the court approves his fee application.

7. Neither the undersigned nor TJS Group, Inc. have made any agreement for the sharing of any fees earned in connection with said representation.

Dated: August 23, 2019          Signed: _____
                                        T Jay Salmen

# T. Jay Salmen

**EXHIBIT A**

1575 Boardwalk Court
Mendota Heights, Minnesota 55118

(612) 998-9900
jaysalmen@gmail.com

## EXECUTIVE SUMMARY

T. Jay Salmen currently is President of TJS Group, Inc., a business consulting group; and "of Counsel" with the law firm Chestnut Cambronne. He has over 35 years of legal, trustee, investment and business management experience. He has successfully worked with many companies, professionals, and courts in business reorganizations and/or liquidation of assets. Additionally, he has served in the capacity of CEO for a major Minnesota corporation.

## LEGAL & TRUSTEE BACKGROUND

- Liquidating Trustee for Petters Aviation / Elite Creditors Trust
- Appointed by the U.S. Trustee's Office to serve as Bankruptcy Trustee in numerous cases
- Pioneer in the State of Minnesota in the representation of debtors and creditors in Chapter 11 bankruptcy proceedings
- Debtor-creditor remedies representation
- Debtor's counsel in numerous Chapter 11 reorganizations
- Represented secured and unsecured creditors in numerous bankruptcy cases
- Representation of banks, other lending institutions and corporations in loan transactions
- Successfully accomplished acquisition of assets in Sun Country Airlines bankruptcy proceedings, representing MN Airlines investor group
- Represented numerous clients in significant Chapter 11 bankruptcy proceedings
- Business litigation

## CORPORATE BACKGROUND

- Serving as Board of Director of the Goodman Group, an extensive senior living and health care provider
- Accomplished the acquisition of assets of former Sun Country Airlines through negotiations with secured lenders, creditors of Sun Country Airlines, Bankruptcy Court, Labor Unions and major lessors (2002)
- Served as CEO and President following the acquisition
- Procured necessary equity capital and credit facilities for commencement of operations for the new entity MN Airline, L.L.C. d/b/a Sun Country Airlines
- Successfully negotiated labor contracts with major unions in order to commence operations
- Created a hybrid model of operations, blending the historic charter operation of the old Sun Country Airlines with the scheduled airlines model, creating an airline which profitably and competitively operates in today's challenging environment
- Oversaw, directed and managed government affairs, labor relations, corporate and brand communications, including advertising, media relations, employee communications and legal affairs
- Created an airline with a niche in the leisure travel market that returned substantial profits within 9 months of commencement of new operation
- Negotiated the sale of Sun Country Airlines to an investment group in 2006; and continued with the successor company in various roles including CEO and as a member of the Board of Directors
- Consulted with ownership, management and various creditor groups in connection with the sale of assets in a synthetic, granite and marble business known as Technimar, which was eventually acquired and is now being operated as Cambria

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| THE GOODMAN GROUP<br>*Board Member* | 2016 – Current |
| TJS GROUP, INC.<br>*Principal* | 1994 - Current |
| CHESTNUT CAMBRONNE LAW FIRM<br>*Attorney "of counsel"* | 2008 - Current |
| KENNEDY & GRAVEN LAW FIRM<br>*Attorney "of counsel"* | 1994 – 2008 |
| Petters Avation, LLC<br>*President* | 2006 – 2008 |
| MN AIRLINES, LLC d/b/a SUN COUNTRY AIRLINES<br>*Vice-Chairman/President/CEO* (2007-2008)<br>*Vice-Chairman/President,* (2004 – 2006)<br>*Vice-Chairman/President/CEO,* (2002 – 2003) | 2002 – 2006 |
| DREXEL ENTERPRISES, INC.<br>*President* | 1992 – 1994 |
| SALMEN & BRINKMAN, P.A.<br>*President & Founder* | 1985 – 1992 |
| KUEPPERS, KUEPPERS, VON FELDT & SALMEN<br>*Partner* | 1976 – 1985 |
| KUEPPERS, KUEPPERS & VON FELDT<br>*Attorney* | 1973 – 1976 |

## EDUCATION

University of St. Thomas - 1970
*Bachelor of Arts - Economics/Business Administration– cum laude*
University of Minnesota School of Law - 1973
*Juris Doctor*

## PROFESSIONAL AFFILIATIONS

- Member of Minnesota State and Hennepin County Bar Associations.
- Panel of trustees for United States Bankruptcy Court
- Moot court judge at the University of Minnesota Law School.
- Adjunct professor at Hamline Law School in the area of Bankruptcy Law

## COMMUNITY SERVICE BACKGROUND

- Board Member of Hennepin Theatre Trust (Present)
- Board Member of Greater Minneapolis Convention & Visitors Association (Present)
- Board Member of University of St. Thomas Presidents Council (Present)
- Board Member of Town and Country Club
- Big Ten Conference football and basketball official
- President of Cretin High School Alumni Association
- Treasurer of Cretin-Derham Hall Board of Trustees
- Board member of the St. Paul Winter Carnival
- Adjunct professor at Hamline Law School

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Import Specialties, Incorporated d/b/a
Heartland America

Debtor.

Chapter 11

Case No. 19-42563

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

John D. Lamey III, an attorney licensed to practice law in this Court, and employed by LAMEY LAW FIRM, P.A., with an office address of 980 Inwood Avenue North, Oakdale, Minnesota 55128, declares that on the date stated below, I served the following: ***APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF FINANCIAL PROFESSIONAL FOR DEBTOR*** upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class postage prepaid and depositing in the post office at Oakdale, Minnesota, addressed to each of them as follows:

Heartland America, Inc.  (via email only)

and delivered by e-mail notification under CM/ECF on the day e-filed with the Court to each entity below:

US Trustee
ustpregion12.mn.ecf@usdoj.gov

ANY OTHER ENTITIES ON CM/ECF NOTIFICATION SYSTEM.
-----------------------------------------------------------------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

**Dated:** August 23, 2019                    */e/ John D. Lamey III*
                                                                    LAMEY LAW FIRM, PA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Import Specialties, Incorporated d/b/a
Heartland America

Debtor.

Chapter 11

Case No. 19-42563

# ORDER

Upon application by the Debtor for an order approving the retention of T. Jay Salmen and TJS Group, Inc., as financial professionals in this proceeding, the court having reviewed the Debtor's Application and the Affidavit of T. Jay Salmen filed therewith and the certificate of review and recommendation for employment by the office of the United States Trustee, and the files and records herein,

**IT IS HEREBY ORDERED:**

1. That the application by the Debtor seeking approval for the retention of T. Jay Salmen and TJS Group, Inc., as financial professionals for the Debtor is hereby approved.
2. That T. Jay Salmen and TJS Group, Inc. are authorized to make interim applications for court approval of fees and costs not more than once every 30 days, unless otherwise ordered by this court.

**BY THE COURT:**

Dated: _____     _____
Kathleen H Sanberg
US Bankruptcy Court Judge