UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Import Specialties Incorporated                           BK 19-42563

    Debtor                                                            Chapter 11

---

**OBJECTION OF THE UNITED STATES TRUSTEE
TO THE MOTION FOR AN ORDER GRANTING
EXPEDITED RELIEF AND AUTHORIZING MAINTENANCE
OF EXISTING BANK ACCOUNTS AND APPROVAL FOR PAYMENT TO
PRE-PETITION REFUNDS TO CUSTOMERS**

---

COMES NOW the United States Trustee through the undersigned attorney and objects to the motion for entry of order authorizing maintenance of existing bank accounts and approval for payment to pre-petition refunds to customers. In support of the objection, the United States Trustee states the following:

1. A hearing has been scheduled in this matter on Wednesday, August 28, 2019 at 1:00 p.m. before the U.S. Bankruptcy Court, Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota.

2. The debtor's proposed bank accounts are at Charter Bank. At this time, Chapter Bank is not an approved debtor-in-possession depository. The significance is that authorized depositories agree to meeting the collateral requirements set by 11 U.S.C. § 345. The debtor cannot keep existing accounts if the bank is not willing to meet the requirements of Section 345.

WHEREFORE, the United States Trustee requests that the Court deny the motion to authorize the maintenance of the existing bank accounts.

| | |
|---|---|
| Dated:   August 27, 2019 | JAMES L. SNYDER<br>Acting United States Trustee<br>Region 12<br><br>/s/ Sarah J.   Wencil<br>Sarah J.   Wencil<br>Trial Attorney<br>Office of U.S. Trustee<br>Iowa Atty. No. 14014<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>TELE: (612)   334-1350 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

| | |
|---|---|
| **Import Specialties Incorporated** | **BK 19-42563** |
| Debtor | **Chapter 11** |

Certificate of Service

    The undersigned states that she electronically filed this objection on March 12, 2019, which caused the following parties to be served by CM/ECF:

- **Daniel C. Beck**   dbeck@winthrop.com, tcooke@winthrop.com
- **John D. Lamey**   bankrupt@lameylaw.com, speterson@lameylaw.com;ewise@lameylaw.com
- **Ian M. Rubenstrunk**   irubenstrunk@winthrop.com, tcooke@winthrop.com
- **US Trustee**   ustpregion12.mn.ecf@usdoj.gov
- **Sarah J Wencil**   Sarah.J.Wencil@usdoj.gov
- **Samuel C Wisotzkey**   swisotzkey@kmksc.com

Date:August 27, 2019                                  /s/ Sarah J. Wencil
                                                                              Sarah J. Wencil

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Import Specialties Incorporated**　　　　　　　　　　BK 19-42563

　　**Debtor**　　　　　　　　　　　　　　　　　　　　Chapter 11

**ORDER**

　　At Minneapolis, Minnesota.

　　This matter came before the court on the Debtor's motion for an order granting expedited relief and authorizing maintenance of existing bank accounts and allowing customer refunds.  Appearances are noted on the record.  Based on the arguments of counsel and the documents of record, and the court being fully advised with respect to the other relevant facts and information.

IT IS ORDERED:

1.　The Debtor's request for expedited relief is granted.

2.　The Debtor is not authorized to maintain its accounts at Charter Bank unless Charter Bank becomes an authorized depository in compliance of 11 U.S.C. § 345.

3.　The Debtor is authorized to process returns arising from pre-petition sales, and to refund customer monies in the usual and ordinary course.

　　　　　　　　　　　　　　　　　　　　　Kathleen H. Sanberg
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge